UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>SHIRLEY HOLLAND STROUD<br><br>Debtor(s) | Case No. A12-63024-MGD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/24/2012.

2) The plan was confirmed on 09/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/01/2013.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,350.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,755.00 |
| Less amount refunded to debtor | $265.00 |

**NET RECEIPTS:** $7,490.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,950.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $342.43 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,292.43

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE NA | Secured | 1,000.00 | 539.98 | 540.00 | 540.00 | 2.04 |
| CAPITAL ONE NA | Unsecured | NA | 0.00 | 608.08 | 39.16 | 0.00 |
| CITIMORTGAGE INC | Unsecured | 35,866.00 | 35,867.04 | 35,867.04 | 2,309.71 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 4,009.00 | 4,008.88 | 4,008.88 | 258.16 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 600.00 | 662.96 | 662.96 | 42.69 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | NA | 90.17 | 90.17 | 5.81 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 1,401.21 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 6,200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $540.00 | $540.00 | $2.04 |
| **TOTAL SECURED:** | **$540.00** | **$540.00** | **$2.04** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$41,237.13** | **$2,655.53** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,292.43 |
| Disbursements to Creditors | $3,197.57 |
| **TOTAL DISBURSEMENTS** : | **$7,490.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/22/2013                    By: /s/ Mary Ida Townson
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
SHIRLEY HOLLAND STROUD )
) CASE NO. A12-63024-MGD
)
DEBTOR )

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   SHIRLEY HOLLAND STROUD
   55 GREENVIEW DRIVE
   MCDONOUGH, GA  30253


   CLARK & WASHINGTON, PC
   3300 NE EXPRESSWAY
   SUITE A BLDG. 3
   ATLANTA, GA  30341


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  04/22/2013                                     /S/
                                                                               Mary Ida Townson, Chapter 13 Trustee
                                                                               State Bar No. 715063
                                                                               100 Peachtree Street, Suite 2700
                                                                               Atlanta, GA 30303
                                                                               (404) 525-1110
                                                                               maryidat@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**